**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUAN ZAMORA, and FRANCISCO ZAMORA, on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, </br></br>Plaintiffs,</br></br>v.</br></br>THE BRICKMAN GROUP LTD.,</br></br>Defendant. | No. 1:12-cv-02020 </br></br>Honorable Judge Joan B. Gottschall</br></br>Magistrate Judge Maria Valdez |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' STIPULATION OF SETTLEMENT AND FOR APPROVAL OF CLASS CERTIFICATION, FORM AND MANNER OF CLASS NOTICE, AND SCHEDULING FAIRNESS HEARING FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiffs Juan Zamora, Francisco Zamora, and Rafael Gonzales ("Plaintiffs"), on behalf of themselves and all others similarly situated, with the agreement of Defendant, move this Court for an order preliminarily approving the Parties' Stipulation of Settlement (attached to the accompanying memorandum, filed contemporaneously herewith as Exhibit 1) and an order approving class certification for settlement purposes, the form and manner of class notice (attached to the memorandum as Exhibit 2), and scheduling a Fairness Hearing for final approval of settlement. In further support of this Joint Motion, the Parties have contemporaneously filed a memorandum in support, which is incorporated herein by reference.

[Signature Follows Next Page]

1

Jointly submitted,

*Electronically Filed 11/19/2013*

/s/ John W. Billhorn
_____
John William Billhorn

BILLHORN LAW FIRM
120 S. State Street, Suite 400
Chicago, IL 60603
(312) 853-1450

Ana Dominguez
FARMWORKER AND LANDSCAPER
ADVOCACY PROJECT
33 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 784-3541

Attorneys' for Plaintiff, and all other Plaintiffs similarly situated, known or unknown


DEFENDANT
THE BRICKMAN GROUP LTD. LLC

By: /s/ Michael D. Ray
    One of Its Attorneys

Michael H. Cramer (ARDC No. 6199313)
Michael D. Ray (ARDC No. 6285109)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
312.558.1220

**CERTIFICATE OF SERVICE**

      Please take notice that the foregoing Motion was filed electronically via the Court's electronic filing system this 19th day of November, 2013. Service will be made via operation of that system upon:

      John Billhorn
      Billhorn Law Firm
      120 S. State St., Suite 400
      Chicago, IL 60603
      jbillhorn@billhornlaw.com

      Ana Dominguez
      Farmworker & Landscaper Advocacy Project
      100 W. Monroe St., Suite 1800
      Chicago, IL 60603
      agarcia@fwadvocacy.org

      /s/ Michael D. Ray

16474390.1