IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ZAMORA, and FRANCISCO ZAMORA, on behalf of themselves, and all other Plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> THE BRICKMAN GROUP LTD., <br><br> Defendant. | No. 1:12-cv-02020 <br><br> Honorable Judge Joan B. Gottschall <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

NOW COME Plaintiffs, through their attorneys of record, and hereby move this Court to grant their Uncontested Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees. In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs hereby move this Court to enter an Order granting their Uncontested Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees.

2. In support thereof Plaintiffs submit contemporaneously herewith their Memorandum of Law in Support of Their Uncontested Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees.

WHEREFORE, Plaintiffs respectfully request this Court grant their Uncontested Motion, and for such other relief as this Court deems appropriate under the circumstances.

Respectfully Submitted,

*Electronically Filed 4/16/2014*

s/ John W. Billhorn
_____
John W. Billhorn

BILLHORN LAW FIRM
120 S. State Street Suite 400
Chicago, IL, 60603
(312) 853-1450